IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| TONYA GUTHRIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:23-cv-00039 |
| | ) | |
| GRAHAM STOWE, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendants. | ) | |

## ORDER

The Court has been advised that this action is settled. (Doc. No. 18). Accordingly, this case is administratively closed. On or before May 10, 2024, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice on May 10, 2024.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE