IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| TONYA GUTHRIE, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:23-cv-00039 |
| | ) | |
| GRAHAM STOWE, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
|   Defendants. | ) | |

### ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 20) under Federal Rule of Civil Procedure 41(a), stating that they stipulate to dismiss this action with prejudice. Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE